UNITED STATES DISTRICT CIRCUIT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-60769-CIV-COHN/SELTZER

FINANCIAL BUSINESS EQUIPMENT
SOLUTIONS, INC., a Florida corporation,

    Plaintiff,

v.

QUALITY DATA SYSTEMS, INC.,
a foreign corporation,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

    THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal [DE 46].

    Accordingly, it is **ORDERED and ADJUDGED** that the above-styled action is therefore **DISMISSED without prejudice**, pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Defendant has not filed an answer nor a motion for summary judgment.  The Clerk may close this case at this time and deny any pending motions as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of October, 2008.

JAMES I. COHN
United States District Judge

copies to:

Counsel as listed on CM/ECF